David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA 93721
Telephone: (559) 495-1558
Facsimile: (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, BRYAN CASTANEDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-CR-00112 KES EPG |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| BRYAN CASTANEDA, | |
| Defendant. | |

David Balakian, 1060 Fulton Street, Suite 810, Fresno, California 93721, (559) 495-1558, hereby substitutes in place of Griffin Estes, Esquire, as attorney of record, in the above entitled matter.

I AGREE TO THE SUBSTITUTION.

Dated: July 6, 2026                    /s/ DAVID BALAKIAN

                                       DAVID BALAKIAN

I AGREE TO THE SUBSTITUTION.

Dated: July 6, 2026                    /s/ GRIFFIN ESTES

                                       GRIFFIN ESTES

I AGREE TO THE SUBSTITUTION.

Dated: July 6, 2026                    /s/ BRYAN CASTANEDA

                                       BRYAN CASTANEDA


IT IS SO ORDERED.

Dated:   **July 7, 2026**

                                       STANLEY A. BOONE
                                       United States Magistrate Judge